FLYNN, Respondent, v. PUTNAM COAL & ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Louise Flynn, as administratrix, etc., of John Flynn, deceased, against the Putnam Coal & Ice Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS and WOODWARD, JJ., dissent.

FRANK, Respondent, v. HAWKINS, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by David Frank against Sophia T. Hawkins.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that plaintiff has not established by a fair preponderance of competent evidence that there was any injury to his nose, resulting from the fall which he had on the occasion of the accident, and upon the further ground that he was allowed to offer evidence as to damages for medical attendance in connection therewith greatly in excess of the sum named in his bill of particulars.

FRANKENTHAL, Respondent, v. COX, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Chas. E. Frankenthal against William F. Cox. No opinion. Order reversed, and motion denied, without costs. Order filed.

FRIEDMAN et al., Respondents, v. KATZ et al., Appellants. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Jacob S. Friedman and another against Jack Katz and others. A. B. Greenberg, of New York City, for appellants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re FROELICH. (Supreme Court, Appellate Division, First Department. October 30, 1912.) In the matter of the objections of Morris M. Froelich to the certificate of independent nomination of Joseph Steinberg, for the office of Member of Assembly in the Twenty-Ninth Assembly District, New York County. L. M. Wallstein and W. M. Chadbourne, both of New York City, for appellant. T. Farley and C. Firestone, both of New York City, for respondent. No opinion. Order affirmed. Order filed.

In re FROMME. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of Herman Fromme. No opinion. Referred to official referee. Settle order on notice.

FULLER, Appellant, v. NEW YORK CENTRAL STORAGE CO., Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Susan E. Fuller against the New York Central Storage Company. F. Bien, of New York City, for appellant. R. R. Billington, of New York City,

for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GALLAGHER, Respondent, v. VALENTINE, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Theodore Gallagher against Benjamin E. Valentine. No opinion. Order affirmed, with costs.

GAME, Respondent, v. BROOKLYN UNION ELEVATED R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by William C. Game, as administrator, etc., of Thomas P. Game, deceased, against the Brooklyn Union Elevated Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS, J., dissents.

GATES v. BUFFALO, R. & P. RY. CO. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Margaret E. Gates, as administratrix, etc., against the Buffalo, Rochester & Pittsburgh Railway Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. See, also, 143 App. Div. 960, 128 N. Y. Supp. 1124.

KRUSE, J., dissents, upon the ground that the evidence was sufficient to make the question of contributory negligence of plaintiff's intestate, as well as the defendant's negligence, a question of fact. SPRING, J., not sitting.

GIBBONS, Appellant, v. NEW YORK TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Catherine Gibbons against the New York Telephone Company.

PER CURIAM. Judgment affirmed, with costs. New trial to be had in the Municipal Court of Syracuse on the 30th day of October, 1912, at 10 o'clock in the forenoon.

SPRING, J., not sitting.

GILMORE, Appellant, v. GILMORE, Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Cecilia Gilmore against William H. Gilmore. E. Russell, of New York City, for appellant. Edward A. Scott, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOLDSMITH et al. v. ROSENBERG. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Ingomar Goldsmith and others against Julius Rosenberg. No opinion. Application denied, with $10 costs. Order signed. See, also, 76 Misc. Rep. 526, 135 N. Y. Supp. 639.

GOLDSTEIN, Respondent, v. MENDELSOHN, Appellant. (Supreme Court, Appellate